Opinion issued October 15, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00666-CV

———————————

**JAMES CARRELL, Appellant**

**V.**

**LAURI SUTTON, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-09932**

---

## MEMORANDUM OPINION

Appellant James Carrell filed a "Notice of Nonsuit" representing he "no longer desires to prosecute this appeal against Appellee [Lauri Sutton], and Appellee has no pleading on file seeking affirmative relief from [him]." We construe Appellant's Notice of Nonsuit as a motion to dismiss the appeal.

Although Appellant's motion does not include a certificate of conference stating he conferred or made a reasonable attempt to confer with Appellee regarding the relief requested, more than ten days have passed, and Appellee has not expressed opposition to Appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a). No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.